**EXHIBIT B**

---&gt;

| Periodic Report Type: Alternate Interval Training Report |
|---|

| PO | Prepared By | Report #: | Date Entered |
|---|---|---|---|
| Lafontant, Sedona | Doane, Liza (SGT) | 7 | 08-06-2019 |

**Certifications**

**Progress Rating (Satisfactory or Unsatisfactory). Indicate the interval number and percentage of minimally acceptable rated categories. Also, indicate whether the interval is satisfactory or unsatisfactory.**
Interval 13: 81%
Unsatisfactory

**Indicate the second interval number and percentage of minimally acceptable rated categories. Also, indicate whether the interval is satisfactory or unsatisfactory.**
Interval 14: 58%
Unsatisfactory

**Significant Strengths:**
Category 2: Driving Skill: Stress Conditions:

PO Lafontant has demonstrated that she is able to operate the patrol vehicle while maintaining control and evaluate different driving situations properly (proper speed for conditions, etc…) PO Lafontant complies with department policies regarding the announcement of priority 1 or 2 when needed. She is generally aware of her location, utilizes her grid map appropriately and demonstrates a good sense of direction.

Category 15: Written: Grammar/Spelling/Neatness:

PO Lafontant's reports are neat and legible. Her grammar is written at an acceptable level. As a result of the accuracy in these reports, they rarely require many corrections.

Category 17: Radio: Listens and Comprehends Transmission:

PO Lafontant has shown the ability to monitor the radio traffic and understands the information transmitted. PO Lafontant copies radio transmissions directed at her unit and is generally aware of radio traffic directed to the other officers in the sector.

Category 27: General Appearance:

PO Lafontant arrives to work each day with a clean and pressed uniform and her boots are shined to a high gloss. PO Lafontant understands the importance of her appearance in uniform as it is not only a representation of herself, but also of the department when she comes in contact with the citizens of our community that we serve.

**Significant Weaknesses:**
Category 8: Control of Conflict: Physical Skill:

PO Lafontant uses too little force during given situations. PO Lafontant does not use proper restraints.

Category 11: Investigative Procedures:

PO Lafontant has often shown a level of difficulty in regards to her investigations. There are times she in unable to determine if an incident or offense requires police attention. PO Lafontant does not plan an investigative strategy. As a result, she has shown difficulty in coordinating aspects of her investigations.

Category 12: Problem Solving/Decision Making Ability:

PO Lafontant is often indecisive or naïve. On occasion, she is unable to reason through a problem and come to a reasonable conclusion. PO Lafontant still relies heavily on her FTO for her decision making.

Category 19: Knowledge: Departmental Policies/Procedures/ Regulations:

PO Lafontant is becoming familiar with our commonly used policies and procedures, however, she must continue to study her SOPs, MORs and Legal Bulletins in order to assist her as a new officer at our agency.

Category 20: Knowledge: Criminal Law/Ordinances:

PO Lafontant often shows her lack of law enforcement experience by not knowing the elements of basic sections of the law. There are times when she does not recognize criminal offenses when encountered or makes mistakes relative to whether or not crimes have been committed and, if so, which crimes.

**Special Training Plan (if applicable):**
Probationary Officer Lafontant will need a second extension of training. She is scheduled to finish the first extension of Phase III on August 12, 2019. PO Lafontant obtained a score of 81% during Interval 13. She obtained a score of 58% during Interval 14. Therefore, she will not meet the required 100% she needs to matriculate to Phase IV. Due to these deficiencies, she will be extended for the next two intervals, 15 and 16.

PO Lafontant has had some issues involving the following categories:

Category 3: Field Performance : Non-stress Conditions
Category 4: Field Performance: Stress Conditions
Category 11: Investigative Procedures
Category 12: Problem Solving/Decision Making Ability
Category 14: Written Form Selection/Organization/Accuracy
Category 16: Written: Time Used
Category 17: Radio: Listens and Comprehends Transmission
Category 19: Knowledge: Departmental Policies/Procedures/Regulations

PO Lafontant will complete the second extension on August 28, 2019.

The following training plan is to be used as a guide for PO Lafontant, her FTO, and her supervisors. The goal of the training plan is to have PO Lafontant successfully complete Phase IV of the F.T.E.P. and ultimately the entire training program. For that reason, this plan can be altered and adjusted to suit her needs. Remedial training time will be documented on her D.O.R.'s as well as areas where she is not responding to training.

PO Lafontant is currently assigned to FTO R. Williams. She will be assigned to FTO C. Miller for the second extension in Phase III. FTO Miller will review noted deficiencies and conduct the appropriate training. This may include scenario-based training, self-initiated field activity, or other training tactics that would benefit PO Lafontant.

During PO Lafontant's 2nd extension period, FTO Miller will continue efforts with PO Lafontant to improve her field performance: stress and non-stress conditons. PO Lafontant has a tendency to hesitate on calls and looks to her FTO for guidance as to what steps to take. PO Lafontant has had trouble establishing control in moderate to high stress situations and needs to remember to be objective in reaching a proper conclusion. PO Lafontant needs to read over commonly encountered Florida State Statutes such as Battery, Burglary, and Criminal Mischief to familiarize herself with the elements needed for these investigations. PO Lafontant will respond in-progress calls that require her to react quickly and appropriately.

FTO Miller will continue to work with PO Lafontant on her investigative procedures. PO Lafontant is able to identify whether or not an incident requires police attention but has needed help conducting the investigation, particularly in her interviews and intelligence gathering. PO Lafontant will read over SOP 820 (Interviews and Interrogations), the Ramirez juvenile form, as well as reviewing the report guidelines located on the MDT home page. PO Lafonatnt may also participate in scenario-based training focused on honing her investigative skills as well as other training tactics as needed to benefit her.

This training will further assist in her confidence level and ability to arrive at sound decisions within departmental policy.

This plan will be reviewed with PO Lafontant and FTO Miller on August 12, 2019 just prior to the completion of Interval 14 in Phase III, 2nd extension of training. This training plan is designed to be fluid and has the ability to be changed and/or modified with the needs of PO Lafontant during her training.

**Probationary Officer's Overall Progress for Week 1 (Input%below)**
22/27
81%

**Probationary Officer's Overall Progress for Week 2 (Input%below)**
15/26
58%

### Signatures
Electronically signed on 08/13/2019 by PO Lafontant, Sedona

Electronically signed on 08/13/2019 by Supervisor Doane, Liza (SGT)