**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JOHN FITZGERALD,**

     Plaintiff,

v.                                                                  Case No.  8:21-cv-01017-SDM-JSS

**CITY OF TAMPA,**

     Defendant.

_____/

**MEDIATION REPORT**

In accord with the mediation order, a mediation occurred via Zoom and telephone on October 6, 2021.

(a)    The following individuals, parties, corporate representatives, and claims professionals attended and participated in the mediation, and each possessed the requisite settlement authority:

       __X__ All individual parties and their respective trial counsel.

       _____ Designated corporate representatives.

       __X__ Required claims professionals.

(b)    The following individuals, parties, corporate representatives, and claims professionals failed to appear or participate:

       N/A

(c)    The result of the mediation:

       __X__ The action completely settled.  In accord with Local Rules 3.08 and 9.06(b), lead counsel must notify the court of settlement within ten days of the mediation by filing a notice or memorandum of agreement signed by the parties and the mediator.

       Comments:

       _____ The action partially settled.  Lead counsel must file within ten days a joint

stipulation resolving the settled claims.  The following issues remain:

Comments:

_____ The action neither settled nor failed to settle.

Comments:

_____ The parties failed to settle.

Comments:

Reported on October 6, 2021, in Tampa, Florida.

*Jonathan C. Koch*
Jonathan C.  Koch, Esq.
Florida Bar 364525
Law Offices of Jonathan C.  Koch
701 South Howard Avenue, Ste.  202
Tampa, Florida 33606
(813) 253-8888
JonKoch@KochMediation.com

Mediator

cc : Counsel of Record (via ECM/CEF)

2