UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN FITZGERALD,

    Plaintiff,

v.                                                                                          CASE NO: 8:21-cv-01017

CITY OF TAMPA,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that Plaintiff is voluntarily dismissing his claim in this matter with prejudice pursuant to Federal Rule of Civil Procedure 41. Plaintiff has not previously dismissed any prior court action based on the underlying claim in this matter. Each side bears the burden of their cost and fees.

**Dated this 13th day of October, 2021**

Respectfully submitted,

*/s/ Gary L. Printy, Jr.*
GARY L. PRINTY, JR. Esq.
Florida Bar No. 41956
Printy & Printy, P.A.
3411 W Fletcher Ave, Ste A
Tampa, Florida 33618
(P): (813) 434-0649
(F): (813) 423-3722
garyjr@printylawfirm.com
*Attorney for Plaintiff*
JOHN FITZGERALD

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 13th day of October 2021, a copy of the foregoing was furnished via the Courts CM/ECF E-Portal filing System to:

Thomas M. Gonzalez
**GrayRobinson, P.A.**
P.O. Box 3324
Tampa, Florida 33601
Thomas.Gonzalez@gray-robinson.com

 

*/s/ Gary L. Printy, Jr.*
GARY L. PRINTY, JR. Esq.
Florida Bar No. 41956
Printy & Printy, P.A.
3411 W Fletcher Ave, Ste A
Tampa, Florida 33618
(P): (813) 434-0649
(F): (813) 423-3722
garyjr@printylawfirm.com
*Attorney for Plaintiff*
JOHN FITZGERALD