UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN FITZGERALD,

    Plaintiff,

v.                                CASE NO. 8:21-cv-1017-SDM-JSS

CITY OF TAMPA,

    Defendant.
_____/

## ORDER

In accord with the parties' stipulation (Doc. 30), this action is **DISMISSED WITH PREJUDICE** under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on October 20, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE